| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Thomas Kutrubes** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**American Express**
**PO Box 630001**
**Dallas, TX 75363-0001**

What is the nature of the claim?    $ **$71,231.93**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

**2**
**American Express**
**PO Box 650448**
**Dallas, TX 75265**

What is the nature of the claim?    $ **$27,744.22**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact
Contact phone

Debtor 1    **Thomas Kutrubes**      Case number *(if known)*

---

**3**

**American Express**
PO Box 650448
Dallas, TX 75265

What is the nature of the claim?    $ **$21,101.21**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact: _____
Contact phone: _____

---

**4**

**Atlas Biologicals, Inc**
2649 E. Mulberry Street
Fort Collins, CO 80525

What is the nature of the claim?    $ **$2,048,180.50**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact: _____
Contact phone: _____

---

**5**

**Atlas Biologicals, Inc**
2649 E. Mulberry Street
Fort Collins, CO 80525

What is the nature of the claim?    **Legal Fees appointed / granted**    $ **$308,554.50**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact: _____
Contact phone: _____

---

**6**

**Bank of Colorado**
1609 E. Harmony Road
Fort Collins, CO 80525

What is the nature of the claim?    $ **$2,139.70**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Thomas Kutrubes**  Case number *(if known)*

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

---

**7**

**Chase**
**PO Box 15123**
**Wilmington, DE 19850**

**What is the nature of the claim?**  $ **$7,214.99**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

---

**8**

**Chase Business**
**PO Box 15123**
**Wilmington, DE 19850**

**What is the nature of the claim?**  $ **$55,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

---

**9**

**Jim and Susan Kutrubes**
**5838 Northern Lights**
**Fort Collins, CO 80528**

**What is the nature of the claim?**  $ **$700,270.88**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

---

**Part 2:** **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Kutrubes** | Case number *(if known)* | |

| X | **/s/ Thomas Kutrubes** | X | |
|---|---|---|---|
| | **Thomas Kutrubes** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date  **December 30, 2020**           Date

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy