**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>THOMAS KUTRUBES,<br><br>      Debtor. | Case No. 20-18219-JGR<br>Chapter 11 |

**ORDER CONVERTING CASE UNDER CHAPTER 11**
**TO CASE UNDER CHAPTER 7 AND ORDER VACATING HEARING**

THIS MATTER comes before the Court on the Debtor's Motion to Convert Chapter 11 Bankruptcy Case to Chapter 7 pursuant to 11 U.S.C. Section 1112(a) filed June 7, 2023 (Doc. 256). The Court having reviewed the pleadings and being adequately advised in the premises, hereby

ORDERS:

1. This Chapter 11 case is converted to a case under Chapter 7 and the hearing scheduled for September 28, 2023 is hereby VACATED.

2. The United States Trustee is authorized appoint a Chapter 7 Trustee to administer the estate.

3. The Debtor in possession shall:

   a. forthwith turn over to the Chapter 7 Trustee all records and property of the estate in its possession or control as required by Fed. R. Bankr. P. 1019(4);

   b. within 14 days of the date of entry of this order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5);

   c. within 30 days following the entry of the order of conversion, file and transmit to the United States Trustee a final report and account.

4. Within 15 days of the date of entry of this order, the Debtor in possession shall file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b), if such documents have not already been filed.

5. Within 30 days of the date of entry of this order, or before the first date set for the meeting of creditors, whichever is earlier, the Debtor in possession shall, if required,

file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(2)(A) and Fed. R. Bankr. P. 1019(1)(B); and, it is

6. If this Order enters after confirmation a plan of reorganization, the Debtor in possession shall file, within 30 days of the date of entry of this order, the schedules required by Fed. R. Bankr. P. 1019(1)(C)(i)-(iii);

FURTHER ORDERED that the Debtor, and his/her/their/its@ agents, servants, employees, and attorneys are herein enjoined from taking any action with respect to any assets or records of the Debtor, save and except to preserve the same and to forthwith turn over the same to the Chapter 7 trustee appointed herein pursuant to Fed. R. Bankr. P. 1019(4).

Dated this 20th day of September, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge