UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-18219-JGR |
| THOMAS KUTRUBES, | ) | |
| SSN: xxx-xx-5948 | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF NEW DEBTS PURSUANT TO FED.R.BANKR.P. 1019(5)**

Thomas Kutrubes, through undersigned counsel, hereby lists the following new debts pursuant to Fed.R.Bankr.P. 1019(5):

Wick & Trautwein, LLC                 Amount of new debt: $21,150.13
421 Main Street                       Reason for new debt: Legal Fees
Fort Collins, Colorado 80550

Dated: October __, 2023               Respectfully submitted,

                                      By:/s/ *Aaron A. Garber*
                                           Aaron A. Garber #36099
                                           **Wadsworth Garber Warner Conrardy, P.C.**
                                           2580 West Main Street, Suite 200
                                           Littleton, CO 80120
                                           Telephone: (303) 296-1999
                                           Telecopy: (303) 296-7600
                                           Email: agarber@wgwc-law.com