IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| THOMAS KUTRUBES | ) Case No. 20-18219 JGR |
| *****5948 | ) Chapter 7 |
| | ) |
| *Debtor.* | ) |

## ORDER REGARDING TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

THIS COURT, having reviewed the Trustee's Objection to Claim of Exemption (the "*Objection*") filed by Joli A. Lofstedt, Chapter 7 Trustee, having shown good cause and being advised of the premises, hereby:

ORDERS Trustee's Objection is SUSTAINED.

IT IS FURTHER ORDERED that the exemption claimed in the real property located at 3602 Voyager Lane, Fort Collins, CO 80528 is limited to $37,500.

Date: December 7th, 2023.

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge