**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| THOMAS KUTRUBES, ) | Case No. 20-18219-JGR |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |

**ORDER GRANTING MOTION FOR ORDER**
**AUTHORIZING RULE 2004 EXAMINATIONS**

THIS MATTER having come before the Court on the Motion for Order Authorizing Rule 2004 Examinations (the "Motion"), filed by Joli A. Lofstedt, in her capacity as chapter 7 trustee ("Trustee"), and the Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that pursuant to Fed. R. Bankr. P. 2004, Trustee is authorized to examine and seek production of documents and electronically stored information from:

- a. Carla Kutrubes;
- b. SeraPrime, LLC;
- c. FirstBank;
- d. JPMorgan Chase Bank, N.A.;
- e. BioWest USA, Inc.;
- f. Fidelity Investments; and
- g. Debtor.

DATED:  February 7, 2024

BY THE COURT:

Honorable Joseph G. Rosania
United States Bankruptcy Judge